Rita F. COGBILL, Appellant,

v.

Michael J. ASTRUE, Commissioner,
Social Security Administration,
Appellee.

No. 11–1309.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 22, 2011.

Filed: Aug. 1, 2011.

Rita F. Cogbill, Carl Junction, MO, pro
se.

Mark S. Naggi, Spec. Asst. U.S. Atty.,
Kansas City, MO (Beth Phillips, U.S.
Atty., Kristi A. Schmidt, Chief Counsel,
Region VII, Soc. Sec. Admin., Kansas City,
MO, of counsel, on the brief), for appellee.

Before LOKEN, BYE, and
COLLOTON, Circuit Judges.

PER CURIAM.

Rita F. Cogbill appeals the district
court's[1] order affirming the denial of dis-
ability insurance benefits. Upon careful
review of the record, *see Gates v. Astrue,*
627 F.3d 1080, 1082 (8th Cir.2010) (stan-
dard of review), we conclude that the ad-
ministrative law judge (ALJ) gave several
valid reasons for his adverse credibility
determination, and thus it is entitled to
deference, *see Halverson v. Astrue,* 600

1. The Honorable Robert E. Larsen, United
States Magistrate Judge for the Western Dis-
trict of Missouri, to whom the case was re-
ferred for final disposition by consent of the
parties pursuant to 28 U.S.C. § 636(c).

2. We decline to consider some of Cogbill's
arguments as she cites no supporting authori-

F.3d 922, 932 (8th Cir.2010); that the ALJ
was not required to schedule a consultative
mental examination, *see id.* at 933 (ALJ is
required to order medical examinations
and tests only if medical records before
him provide insufficient medical evidence
to determine if claimant is disabled); and
that the vocational expert's testimony in
response to the ALJ's properly formulated
hypothetical constituted substantial evi-
dence, *see Robson v. Astrue,* 526 F.3d 389,
392 (8th Cir.2008).[2] Accordingly, we affirm.

ty or her assertions are not supported by the
record.